STATE v. STALLINGS

No. 38P82.

Case below: 55 N.C. App. 268.

Petition by defendant for discretionary review under G.S. 7A-31 denied 30 March 1982. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 30 March 1982.

WEEKS v. HOLSCLAW

No. 58PA82.

Case below: 55 N.C. App. 335.

Petition by plaintiffs for discretionary review under G.S. 7A-31 allowed 30 March 1982.